# EXHIBIT A



# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | PORTFOLIO RECOVERY ASSOCIATES, L.L.C. | **File Number** | 02501457 |
| **Status** | ACTIVE | **On** | 02/21/2013 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 04/14/2008 | **Jurisdiction** | DE |
| **Agent Name** | ILLINOIS CORPORATION SERVICE C | **Agent Change Date** | 06/06/2013 |
| **Agent Street Address** | 801 ADLAI STEVENSON DRIVE | **Principal Office** | 120 CORPORATE BLVD NORFOLK, VA 23502 |
| **Agent City** | SPRINGFIELD | **Management Type** | MBR   View |
| **Agent Zip** | 62703 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 02/21/2013 | **For Year** | 2013 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

**Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

[Print this Listing]

1/24/2014     **Illinois Division of Professional Regulation**     10:49:58 AM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
THERE ARE 1 RECORDS WHOSE NAME CONTAINS: **Portfolio Recovery**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC | | 017021124 | ACTIVE | NORFOLK, VA | 05/08/2008 | 05/31/2015 | N |

**Page 1**

# EXHIBIT C

2014-04-10

Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA 23502

Re:  *ISAAC PAZ*
     *3741 N NEW ENGLAND AVE*
     *CHICAGO, ILLINOIS 60634*
     *ACCOUNT #540168304182**** (CHASE BANK USA)*

Dear Sir or Madam:

This letter is concerning the above referenced debt.

Debtors Legal Clinic is a non-profit legal services organization that advises senior citizens, veterans, and low-income individuals whose income is protected by law of their rights under various state and federal statutes. Our clinic represents the above-referenced client for the purposes of enforcing their rights pursuant to all applicable debt collection laws.

This client regrets not being able to pay, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the amount reported is not accurate. If their circumstances should change, we will be in touch.

If you wish to discuss this matter, please contact our office directly at (312)765-7561 to speak with the attorney assigned to the matter, Andrew Finko. As legal representative for the client, all future communication regarding this debt must be conducted through our office.

Sincerely, /s/ Andrew Finko.

Client Name:

ISAAC PAZ
3741 N NEW ENGLAND AVE
CHICAGO, ILLINOIS 60634

DEBTORS LEGAL CLINIC
565 W. ADAMS STREET, SUITE 565 • CHICAGO, IL 60661
PHONE: (312) 765-7561

# EXHIBIT F



**ISAAC PAZ**

**PORTFOLIO RECOVERY ASSOCIATES**

**Address:**
120 CORPORATE BLVD STE 100
NORFOLK, VA 23502
(800) 772-1413

**Account Number:**

**Original Creditor:**
CHASE BANK USA N.A.

**Address Identification Number:**

**Status:** Collection account. $695 past due as of Jun 2014.

**Status Details:** This account is scheduled to continue on record until Jul 2016.

**Date Opened:**
05/2011
**Reported Since:**
09/2011
**Date of Status:**
09/2011
**Last Reported:**
06/2014

**Type:**
Debt Buyer
**Terms:**
1 Months
**Monthly Payment:**
$0
**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$695
**High Balance:**
NA
**Recent Balance:**
$695 as of 06/2014
**Recent Payment:**
$0

**Payment History:**

| 2014 | | | | | | 2013 | | | | | | | | | | | 2012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

| | | | | | | | | | 2011 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C |

**Account History:**
Collection as of Sep 2011 to Jun 2014

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
May 2014: $695 / no data / no data / no data
Apr 2014: $695 / no data / no data / no data
Mar 2014: $695 / no data / no data / no data
Feb 2014: $695 / no data / no data / no data
Jan 2014: $695 / no data / no data / no data
Dec 2013: $695 / no data / no data / no data
Nov 2013: $695 / no data / no data / no data
Oct 2013: $695 / no data / no data / no data
Sep 2013: $695 / no data / no data / no data
Aug 2013: $695 / no data / no data / no data
Jul 2013: $695 / no data / no data / no data
Jun 2013: $695 / no data / no data / $16
May 2013: $695 / no data / no data / $16
Apr 2013: $695 / no data / no data / $16
Mar 2013: $695 / no data / no data / $16
Feb 2013: $695 / no data / no data / $16
Jan 2013: $695 / no data / no data / $16
Dec 2012: $695 / no data / no data / $16
Nov 2012: $695 / no data / no data / $16
Oct 2012: $695 / no data / no data / $16
Sep 2012: $695 / no data / no data / $16
Aug 2012: $695 / no data / no data / $16
Jul 2012: $695 / no data / no data / $16
Jun 2012: $695 / no data / no data / $16

The original amount of this account was $695