IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAAC PAZ, | ) |
| Plaintiff, | ) )  ) Case No. 1:14-CV-09751 |
| v. | ) ) Judge: Jorge L. Alonso |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) Magistrate Judge: Maria Valdez |
| Defendant. | ) ) |

**MOTION FOR PROTECTIVE ORDER**

Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC by and through its attorneys, David M. Schultz, Avanti D. Bakane and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, and for its Unopposed Motion for Entry of a Protective Order, states as follows:

1. Defendant is preparing its discovery responses to be served upon Plaintiff. These responses reference documents containing Defendant's internal training and operating procedures, and Defendant intends to produce the same.

2. In addition, several of the documents to be produced contain personal identifiers and financial information for Plaintiff which is relevant to the claims and defenses at issue.

3. Defendant seeks to avoid public disclosure of the aforementioned documentation, as it contains confidential and proprietary material.

4. Defendant provided the proposed Model Confidentiality Order of this District to Plaintiff's counsel. Plaintiff's counsel does not oppose the entry of the proposed Order.

5. Defendant requests that this Court enter the proposed Model Confidentiality Order.

WHEREFORE, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC respectfully requests that this Court grant its motion for entry of a protective order and for such further relief as this court deems appropriate and just.

                                                  Respectfully submitted,

                                                  PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant

                                                 /s/ Lindsey A.L. Conley
                                               Lindsey A.L. Conley

David M. Schultz
Avanti D. Bakane
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL  60601-1081
Telephone:  312-704-3000
E-mail:  abakane@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 5, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Defendant's Motion for Protective Order** by using the CM/ECF system, which will send notification of such filing(s) to:

Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
20 North LaSalle Street, Suite 3100
Chicago, IL  60602
E-mail:  mario.kasalo@kasalolaw.com

                                               /s/ Lindsey A.L. Conley

131116180v1 0968239