## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Isaac Paz

                                    Plaintiff,

v.                                                                      Case No.: 1:14–cv–09751

                                                                       Honorable Jorge L. Alonso

Portfolio Recovery Associates, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2015:

       MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Plaintiff's motion for leave to file a first amended complaint [24] and motion to certify class [25] are denied. Defendant's motion for protective order [28] is granted. Enter Confidentiality Order. Dispositive motions with supporting memoranda is extended to 9/17/15. Responses are extended by 10/8/15. Replies are extended to 10/22/15. The court will rule electronically and set further dates in the ruling. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.