ILND 450 (Rev01/2015)    Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Isaac Paz,

Plaintiff(s),

v.

Portfolio Recovery Associates, LLC,

Defendant(s).

Case No.  14 C 9751
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of the Plaintiff and against Defendant in the amount of $1,000.

---

This action was *(check one)*:

☒ tried by a jury with Judge Jorge L. Alonso presiding, and the jury has rendered a verdict.
☐ tried by Judge Jorge L. Alonso without a jury and the above decision was reached.
☐ decided by Judge Jorge L. Alonso on a motion

Date:  9/8/2016                                       Thomas G. Bruton, Clerk of Court

                                                      Nicole Fratto , Deputy Clerk